**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ANDY RODRIGUEZ PUPO,
Petitioner,
v.
WARDEN, Otay Mesa Detention Center,
Respondent.

Case No.: 26-cv-4342-BJC-JLB

**ORDER SETTING BRIEFING SCHEDULE FOR PETITION FOR WRIT OF HABEAS CORPUS AND APPOINTING COUNSEL**

On July 28, 2026, Petitioner Andy Rodriguez Pupo filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 without paying the filing fee or moving to proceed *in forma pauperis*. ECF No. 1. The Court issued an order to show cause directing Petitioner to either pay the filing fee or submit proof of his inability to pay the fee. ECF No. 3. Petitioner paid the filing fee. ECF Nos. 4, 5.

After a review of the petition, this Court deems it appropriate to require Respondents to file a response, and finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned

decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, the Court ORDERS:

1. Federal Defenders of San Diego, Inc. is CONDITIONALLY APPOINTED as counsel effectively immediately.

4. Petitioner may file either an amended petition and submit an affidavit demonstrating financial eligibility, or a status report recommending against appointment **no later than close of business on September 1, 2026**.

5. Respondents shall file a response to the petition **no later than close of business September 9, 2026**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

6. Petitioner may file a traverse, **no later than close of business September 16, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.

7. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby ENJOINED from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: August 21, 2026

Honorable Benjamin J. Cheeks
United States District Judge